Opinion issued August 15, 2019



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00054-CV

_____

### DEBORAH TATE, Appellant

### V.

### MEISTERWOOD COMMUNITY IMPROVEMENT ASSOCIATION AND SEARS, BENNETT & GERDES, LLP, Appellees

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-30933**

---

## MEMORANDUM OPINION

Appellant, Deborah Tate, has neither established indigence nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). After being

notified on April 9, 2019 that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal. *See* TEX. R. APP. P. 42.3(b); 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.